OSCAR KATES, Appellant, Respondent, v. YELLOW PRODUCTS CORP., Respondent, IOTA GARAGE, INC., Appellant, INDEPENDENT TAXI OWNERS ASSOCIATION, INC., and AQUA SYSTEMS, INC., Defendants.— Judgment, so far as appealed from, unanimously affirmed, with costs to the plaintiff against the defendant, Iota

Garage, Inc., and with costs to the defendant, Yellow Products Corp., against the plaintiff. No opinion. Present — O'Malley, Townley, Glennon, Dore and Cohn, JJ.